O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-4265 AHM (CWx) | Date | December 22, 2009 |
|---|---|---|---|
| Title | KURT KLASSEN v. JOHN E. POTTER | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:               Attorneys **NOT** Present for Defendants:

**Proceedings:**               IN CHAMBERS (No Proceedings Held)

The Court ORDERS Plaintiff Kurt Klassen, *pro se* and Kevin B. Finn, counsel of record for Defendant, to each SHOW CAUSE in writing why he should not be sanctioned— in the amount of $100.00 in the case of Plaintiff and $250.00 in the case of Mr. Finn—for failing to comply with this Court's February 23, 2009 Order by not pursuing a mediation before Magistrate Judge Woehrle and by not complying with Local Rule 16-15.

The parties' responses shall be filed with the Court by not later than December 30, 2009. Pending these responses, the pretrial conference and trial dates are hereby VACATED.

_____ : _____

Initials of Preparer               SMO