O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-4265 AHM (CWx) | Date | January 4, 2010 |
|---|---|---|---|
| Title | KURT KLASSEN v. JOHN E. POTTER | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)


The Court has reviewed the responses filed by the parties to the Order to Show Cause. For good cause shown, the Court declines to impose sanctions on either party, and hereby DISCHARGES its December 22, 2009 Order to Show Cause.[1]


|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 35.