O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-4265 AHM (CWx) | Date | March 19, 2010 |
|---|---|---|---|
| Title | KURT KLASSEN v. JOHN E. POTTER | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

       The Court ORDERS the parties to submit, by not later than Monday, March 29, 2010, their replies, along with any evidentiary objections, to the briefs and exhibits submitted in opposition to each of their respective motions for summary judgment.  If the parties fail to submit any reply, or to notify the Court that they have settled this matter, the Court will determine on its own accord the admissibility of the evidence submitted in connection with the summary judgment motions.

                                                            :

Initials of Preparer                    SMO