O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-4265 AHM (CWx) | Date | March 29, 2010 |
|---|---|---|---|
| Title | KURT KLASSEN v. JOHN E. POTTER | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      Having been informed that the parties have reached a settlement, the Court excuses them from complying with its order to file by today evidentiary objections and reply memoranda in connection with their cross motions for summary judgment. The parties are instructed to file a stipulation of dismissal by not later than April 12, 2010.

       : 

Initials of Preparer     SMO