ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California State Bar No. 128072
E-mail    kevin.finn@usdoj.gov
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California  90012
     Telephone:  (213) 894-6739
     Facsimile:  (213) 894-7327

Attorneys for Defendant
John E. Potter, Postmaster General

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KURT KLASSEN, | NO. CV 08-4265 AHM (CWx) |
| Plaintiff, | ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND |
| v. | DISMISSING CASE |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE, | |
| | Honorable A. Howard Matz |
| Defendant. | |

The Court has considered the Stipulation for Compromise Settlement and Dismissing Case the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and Dismissing Case is approved and this case is dismissed with prejudice, with each party to bear its own costs and fees, including attorney fees.  The United States shall

LA08CV04265AHM-O.wpd

1 disburse the settlement proceeds when they become available as
2 detailed in the Stipulation.  The Court shall retain jurisdiction
3 over this matter for six months for the purpose of enforcement of
4 the settlement agreement if necessary.

      DATED: June 22, 2010

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE